PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
RICHARD PINON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>                                                          )<br>            Plaintiff,                              )<br>                                                          )<br>     vs.                                             )<br>                                                          )<br>                                                          )<br>RICHARD PINON,                            )<br>                                                          )<br>            Defendant.                         )<br>                                                          ) | CASE NO. 06-cr-0277-OWW<br><br>REQUEST FOR DEFENDANT'S WAIVER OF APPEARANCE<br><br>DATE   :   July  28, 2008<br>TIME   :   9:00 a.m.<br>DEPT.  :   Honorable Oliver W. Wanger |

Defendant, RICHARD PINON, hereby knowingly, voluntarily and intelligently waives his right to be present at the hearing currently scheduled before the Honorable Oliver W. Wanger on July 28, 2008, at the hour of 9:00 a.m., where his presence is not necessary to ensure his constitutional rights.  Defendant also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43.  Further, defendant agrees that attorney Preciliano Martinez may appear on his behalf and that defendant will appear at any hearing next scheduled by the court.  The Government does not oppose this request.

Dated 07/23/08                                               /s/ Preciliano Martinez                  .
                                                                     Preciliano Martinez, Attorney for
                                                                     Defendant, RICHARD PINON


Dated:  07/23/08                                             /s/ Richard Pinon                              .
                                                                     Defendant, RICHARD PINON

1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The court hereby grants the defendant's request and excuses his appearance on July 28, 2008.

Dated: July 23, 2008                               /s/ OLIVER W. WANGER
                                                   Oliver W. Wanger
                                                   United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com